Glenn H. WONER et al., Appellants, v. John V. LEWIS, Individually and as Collector of Internal Revenue, etc., et al., Appellees.

No. 8056.

Circuit Court of Appeals, Ninth Circuit.

Feb. 14, 1936.

G. L. Aynesworth and Ralph Moradian, both of Fresno, Cal., and Edward F. Treadwell, Charles A. Wetmore, Jr., and Earl F. Treadwell, all of San Francisco, Cal., for appellants.

H. H. McPike, U. S. Atty., and Dorothy M. Williams, Asst. U. S. Atty., both of San Francisco, Cal., for appellees.

Before GARRECHT, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

On consent of counsel for respective parties, ordered appeal (13 F.Supp. 45) dismissed, without prejudice, decree of dismissal filed and entered, and mandate issued forthwith.

WONG MON v. UNITED STATES.

No. 7907.

Circuit Court of Appeals, Ninth Circuit.

Dec. 19, 1935.

Ebert J. Botts, of Honolulu, T. H., for appellant.

I. M. Stainback, U. S. Atty., and Willson C. Moore, Asst. U. S. Atty., both of Honolulu, T. H., for the United States.

Before WILBUR, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Upon consideration of the transcript of record, and brief of appellant, and the counsel for appellee confessing error, it is ordered that the judgment of the District Court herein be, and hereby is, reversed upon the authority of Nathanson v. U. S. A., 290 U.S. 41, 54 S.Ct. 11, 78 L.Ed. 159; that a judgment be filed and entered accordingly, and the mandate of this court issue forthwith.